## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DE'JUAN REID**                                                                                 **PLAINTIFF**

**v.**                                     **No. 4:23-cv-268-DPM**

**BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center;  SCOTT,
Lt., Faulkner County Detention
Center;  TIM RYALS;  and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center**                          **DEFENDANTS**

## JUDGMENT

Reid's complaint is dismissed without prejudice.

_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

22 May 2023